UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET KEREZSI,<br><br>    Plaintiff,<br><br>    v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>    Defendant. | Case No. 16-cv-01951-JSW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; CASE MANAGEMENT ORDER; AND DIRECTING PARTIES TO SUBMIT REQUEST FOR ADR PHONE CONFERENCE**<br><br>Re: Dkt. No. 15 |

This case is brought pursuant to the Employee Retirement Income Security Act of 1974, 29 U.S.C. sections 1001, *et seq.*, and it is scheduled for an initial case management conference on Friday, July 22, 2016. The Court has considered the parties' joint case management statement. The Court VACATES the case management conference, and it HEREBY ISSUES this Case Management Order setting deadlines for this case.

The Court will proceed by way of cross-motions for summary judgment, and it will set a trial date, if necessary, once it resolves those motions. The Court shall proceed on a four brief basis for the cross-motions. Plaintiff will file the opening brief. The Court sets the following briefing schedule and hearing date:

| | |
|---|---|
| Plaintiff's Motion | January 20, 2017 |
| Defendant's Opposition and Cross-Motion | February 10, 2017 |
| Plaintiff's Opposition and Reply | February 24, 2017 |
| Defendant's Reply | March 3, 2017 |
| Hearing on Motions | March 24, 2017 9:00 a.m. |

The Court HEREBY ORDERS the parties to submit a request for an ADR phone

1 conference to address any disputes they may have over the form of ADR.  The parties shall submit
2 that request by July  22, 2016.  The Court will refer the parties to some form of ADR after it
3 receives a recommendation from the ADR Department.
4     **IT IS SO ORDERED.**
5 Dated: July 18, 2016

_____
JEFFREY S. WHITE
United States District Judge

Cc:  ADR Department

2