UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET KEREZSI,<br><br>              Plaintiff,<br><br>       v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>              Defendant. | Case No.  16-cv-01951-JSW<br><br>**ORDER OF REFERRAL** |

Pursuant to the ADR Phone Conference Report, the Court HEREBY REFERS the matter to the Court's ADR Department for mediation.  The parties shall complete mediation within ninety (90) days of the date of this Order.

**IT IS SO ORDERED.**

Dated: August 1, 2016

_____
JEFFREY S. WHITE
United States District Judge

Cc:  ADR Department